# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Organized Communities Against Deportations, et al.

                                      Plaintiff,

v.                                                    Case No.: 1:25−cv−00868

BENJAMINE HUFFMAN, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, January 25, 2025:

      MINUTE entry before the Honorable Edmond E. Chang: Judge Chang is serving as emergency judge. On review of the complaint, R. 1, and the motion for TRO and preliminary injunction, R. 2, the government shall respond to the TRO motion on or before 12 p.m. on 01/29/2025. The Plaintiffs shall any reply by 5 p.m. on 01/30/2025. This strikes a balance between the asserted need for speed by the Plaintiffs with the gaps in the TRO aspect of the motion (which also seeks a preliminary injunction). The motion does not argue how Civil Rule 65(b)(1)(A), which would otherwise allow for a TRO without a response from the government, has been satisfied. The rule requires the filing of an affidavit or verified complaint clearly showing that immediate and irreparable injury will result before the government can be heard in opposition. No affidavit or verified complaint has been filed, let alone one that satisfies the requirement. Nor does the brief in support of the motion actually set forth an argument that is specific to a TRO's additional requirements, as distinct from the preliminary−injunction argument. Also, there is substantial reason to question whether the alleged injury to the organizations (potentially distinct from individuals) would justify a no−response TRO. Having said all this, this Order of course does not prevent the assigned judge (case assignment should be processed on 01/27/2025) from either accelerating or decelerating this schedule. A copy of this Order shall be emailed to the Chief of the Civil Division of the U.S. Attorney's Office for the Northern District of Illinois. (The Plaintiffs earlier provided a copy of the complaint and the motion to the Chief of the Civil Division.) Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.