UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ORGANIZED COMMUNITIES AGAINST DEPORTATIONS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, <br> President of the United States, *et al.*, <br><br> Defendants. | No. 25 C 868 <br><br> Judge Kness |

### ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case with respect to the United States. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: s/ Craig A. Oswald
    CRAIG A. OSWALD
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-9080
    craig.oswald@usdoj.gov