UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ORGANIZED COMMUNITIES AGAINST DEPORTATIONS, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| DONALD TRUMP, President of the United States, *et al.*, | ) ) ) ) |
| Defendants. | ) |

No. 25 C 868

Judge Kness

**DEFENDANTS' UNOPPOSED MOTION FOR
LEAVE TO FILE RESPONSE IN EXCESS OF LOCAL RULE 7.1 PAGE LIMIT**

Defendants, by and through their attorney, Morris Pasqual, the Acting United States Attorney for the Northern District of Illinois, move for leave to file their brief, an Opposition to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, up to 25 pages in length, and in support of this motion, state as follows:

1. On January 25, 2025, the court entered an order requiring defendants to respond to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction on or before 12 p.m. on January 29, 2025.

2. The defendants' response brief must address multiple, complex constitutional and jurisdictional issues raised by Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction. Local Rule 7.1 provides that briefs should generally be limited to 15 pages. Defendants seek permission for up to ten additional pages for their response, for a brief totaling no more than 25 pages.

3. Defendants' counsel has conferred with counsel for plaintiffs, and they do not oppose the relief requested by this motion. Additionally, counsel for plaintiffs requests a commensurate number of additional pages for their reply brief, which defendants do not oppose.

WHEREFORE, defendants request leave to file a response brief, an Opposition to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, up to 25 pages in length, and if granted, a commensurate number of pages for plaintiffs' anticipated reply brief.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: s/ Joshua S. Press
JOSHUA S. PRESS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7625
joshua.press@usdoj.gov