**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Organized Communities Against Deportations v. Trump

Case Number: 25-cv-868

An appearance is hereby filed by the undersigned as attorney for:

All defendants

Attorney name (type or print): Christopher Ian Pryby

Firm: U.S. Department of Justice, Civil Division, Office of Immigration Litigation

Street address: P.O. Box 878, Ben Franklin Station

City/State/Zip: Washington, DC 20044-0878

Bar ID Number: CA#334613, DC#90030774  Telephone Number: (202) 598-5526
(See item 3 in instructions)

Email Address: christopher.i.pryby@usdoj.gov

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you a member of the court's general bar? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| Are you appearing *pro hac vice*? | ☑ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on Jan. 29, 2025

Attorney signature: S/ Christopher Ian Pryby
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023