# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Organized Communities Against Deportations, et al.

                                                Plaintiff,

v.                                                                                                           Case No.: 1:25−cv−00868

                                                                                                         Honorable John F. Kness

Caleb Vitello, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 29, 2025:

      MINUTE entry before the Honorable John F. Kness: Plaintiff's motion to withdraw [20] is granted for the reasons provided by Plaintiffs. Accordingly, Plaintiff's amended motion [7] seeking a temporary restraining order and preliminary injunction is dismissed. Plaintiff's earlier motion [2] seeking the same relief is dismissed as moot. The hearing set for 1/31/2025 is stricken. Mailed notice (jfk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.