IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ORGANIZED COMMUNITIES AGAINST DEPORTATIONS, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 25-cv-868 The Hon. John F. Kness |
| v. | ) ) ) | |
| DONALD TRUMP, in his official capacity as President of the United States, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS**

The Plaintiffs Organized Communities Against Deportations, Brighton Park Neighborhood Council, Illinois Coalition for Immigrant and Refugee Rights, and Raise the Floor Alliance ("Plaintiffs") move to voluntarily dismiss their claims without prejudice with each party bearing its own costs and fees. In support of this voluntary dismissal, the Plaintiffs state as follows:

1. The Plaintiffs filed this action seeking a court order that would prevent federal officials from threatening and/or executing Chicago-based immigration raids for the unlawful purpose of targeting and ultimately destroying the Sanctuary City movement.

2. On Sunday, January 26, 2025, the Defendants launched ongoing Chicago-based immigration enforcement raids. In the process, they appear to have

violated the rights of community members, including in the neighborhoods where Plaintiffs and their members both live and work.

3. Further, on February 6, 2025, the United States sued the State of Illinois, the City of Chicago, and Cook County and its officials, alleging that their sanctuary policies are blocking federal authorities from enforcing immigration laws.

4. In light of these developments, the Plaintiffs voluntarily dismiss their claims without prejudice, with each side bearing its own costs. While Plaintiffs' fact-finding of the federal government's Chicago-based immigration enforcement remains ongoing, the status quo has changed since Plaintiffs filed their complaint and request for emergency relief. While this is no longer the appropriate forum to seek relief, the Plaintiffs' voluntary dismissal should not be interpreted as an abandonment of their efforts to contest the federal administration's unlawful attempts to silence them. Instead, Plaintiffs will continue to fight in other forums to ensure that their statutory and constitutional rights are upheld and that they are able to continue their Sanctuary City advocacy and movement work.

Respectfully submitted,

/s/ Daniel Massoglia

Daniel Massoglia
MK Law, LLC
2020 Janice Avenue
Melrose Park, IL 60160
P: 312 545 8660
E: dm@mklawchicago.com

Sheila A. Bedi

2

                Eliana Green
Community Justice and Civil Rights Clinic
Northwestern Pritzker School of Law
375 E. Chicago Ave.,
8th Floor Chicago, IL 60611
Phone: 312-503-2492
Sheila.bedi@law.northwestern.edu
eliana.green@law.northwestern.edu

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of this document was filed using the Court's CM/ECF system on February 26, 2025, which generates electronic notice to counsel of record.

Respectfully submitted,

<u>Daniel Massoglia</u>